BIRD S. COLER, Commissioner of Public Charities of the City of New

York, on the Complaint of ROSE WEINER, Respondent, v. MAX SEIDELMAN, Appellant.— Judgment affirmed. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.